STATE OF NEW JERSEY v. LOUIS W. JOHNSON.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN NORTON.

July 8, 1975. Petition for certification denied.

FERN HAUSER v. NOLAN HAUSER.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ULYSSES DUNLAP.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BRADSHAW.

July 8, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted.

STATE OF NEW JERSEY v.
FREDERICK JOHN STRYCHNEWICZ.

July 14, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted.